

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-22-00726-CV

**IN RE** Maria **GONZALEZ**, Eliseo Gonzalez, Lucy Harvest, Scott Grice, Miriam Grice and
Democrats Abroad

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
              Beth Watkins, Justice
              Liza A. Rodriguez, Justice

Delivered and Filed: November 9, 2022

PETITION FOR WRIT OF MANDAMUS DENIED

On October 31, 2022, relators filed a petition for writ of mandamus containing a request

for immediate emergency relief. After considering the petition and this record, this court concludes

relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus is

denied. *See* TEX. R. APP. P. 52.8(a). Relators' request for emergency relief is denied as moot.

PER CURIAM

---

[1] This proceeding arises out of relators' absentee ballot complaint against Bexar County Election Officials. *See* TEX.
ELEC. CODE ANN. § 273.061(a) ("[A] court of appeals may issue a writ of mandamus to compel the performance of
any duty imposed by law in connection with the holding of an election or a political party convention, regardless of
whether the person responsible for performing the duty is a public officer.").